**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                          **DATE:** January 16, 2020
**JUDGE:** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                          **DOCKET # 19-cr-935**
UNITED STATES OF AMERICA
         vs.

DAVID BUCKINGHAM

       **DEFT. PRESENT**

**APPEARANCES:**
Vijay Dewan, and Courtney Howard, AUSA for Government
Lisa Mack, AFPD, for defendant


**Nature of Proceedings**: ARRAIGNMENT
Defendant enters a plea of Not Guilty to counts 1-5 of the Indictment.
Scheduling Order submitted to the Court.
Bail continued.

**Time Commenced:** 11:43 PM
**Time Adjourned:**  11:46 PM


                                             Christine Melillo, Courtroom Deputy
                                             To the Honorable Katharine S. Hayden