# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim No. 19-935 (KSH) |
| | : | |
| DAVID BUCKINGHAM | : | **ORDER FOR A CONTINUANCE** |
| | : | |

This matter having come before the Court on the joint application of Rachael A. Honig, United States Attorney for the District of New Jersey (by Vijay Dewan, Assistant United States Attorney), and defendant David Buckingham (by Emily M. Sherman, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 30, 2021 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant, through his attorney, having consented to the continuance; and this being the third request for a continuance in this matter; and time having been excluded from the date of the defendant's arrest through June 1, 2021 pursuant to Standing Order 2020-12; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Defense counsel requires additional time to examine the pleadings and gather facts;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Plea negotiations are anticipated, and the parties desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 4th day of October, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 30, 2021; and it is further

ORDERED that the period from the date this Order is signed through and including November 30, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
s/Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

_____
Emily M. Sherman, Esq.
Counsel for Defendant

/s/ Vijay Dewan

_____
Vijay Dewan
Assistant U.S. Attorney