**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** April 7, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**  **DOCKET #  19-cr-935**
UNITED STATES OF AMERICA

     vs.
DAVID BUCKINGHAM

    **DEFT. PRESENT**

**APPEARANCES:**
  Jonathan Fayer-AUSA for Government
  Emily Sherman & John Yauch, AFPD for Defendant
  Special Agent, Adrienne Diggins

**Nature of Proceedings**:  ZOOM PLEA HEARING
Defendant present by video and consents to proceed by video.
Defendant sworn.
PLEA:  Defendant Redacted his Plea of Not Guilty to Count(s) 1- 5 of the Indictment and entered a plea of GUILTY to Count 1& 2 of the Superseding Information.
Ordered plea accepted.
Rule 11 application filed.
Waiver of indictment filed.
Ordered sentencing set for 9/14/22 @ 11:00 a.m.
Bail continued.

**Time Commenced: 3:30 p.m.**
**Time Adjourned:    4:15 pm**

                              Christine Melillo, Courtroom Deputy
                   to the Honorable Katharine S. Hayden, U.S.D.J.